**Entered on Docket**
**March 23, 2010**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

THE LAW OFFICES OF RANDOLPH H. GOLDBERG
RANDOLPH H. GOLDBERG, ESQ.
BAR NO. 5970
4000 S. Eastern Avenue, Suite 200
Las Vegas, NV 89119
(702) 735-1500
Fax: (702) 735-0505
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

In re:

**EARL FARINAS &**
**VERONICA FARINAS**

Debtor(s).

Case No.: BK-S-09-13601-LBR
Chapter 13
Trustee: Rick Yarnall

Date: 1/7/2010
Time: 2:30 p.m.

AMENDED **ORDER TO VALUE COLLATERAL; ORDER TO AVOID LIEN**

THIS MATTER having come before the Court for a hearing on **JANUARY 7, 2010**, on

Debtor's MOTION TO VALUE COLLATERAL; MOTION TO AVOID LIEN, and based upon

the papers and pleadings on file herein, and good cause appearing; the Court finds as follows:

1.    The Debtor's principal residence located at **6745 COUNCIL HEIGHTS WAY,**

**LAS VEGAS, NV 89142** (the "Subject Property") is valued at **$232,000.00** as of

the date of filing Debtor's Chapter 13 Petition.

-1-

2.    The Subject Property is collateral for senior secured claim of **WELLS FARGO HOME MORTGAGE** ("Senior Leinholder").

**[Check only one box, and fill in the blanks]**

☑    Senior Lienholder has filed a Proof of Claim **(3-1)** related to such claim, and such Proof of Claim claims a debt of **$286,056.98.** Senior Lienholder's Proof of Claim indicates that Senior Lienholder has assigned **WELLS FARGO BANK** to this claim.

**[or]**

☐    Senior Lienholder has *not* filed a Proof of Claim related to its claim, but has assigned **(N/A)** to this claim. The Debtor's schedules list the amount of Senior Lienholder's claims as **$.**

3.    The Subject Property is also collateral for a junior secured claim of **WELLS FARGO BANK NV NA** ("Junior Lienholder").

**[Check only one box, and fill in the blanks]**

☑    Junior Lienholder has filed a Proof of Claim **(8-1)** related to such claim, and such Proof of Claim claims a debt of **$54,905.78.** Junior Lienholder's Proof of Claim indicates that Junior Lienholder has assigned **WELLS FARGO BANK, N.A.** to this claim.

**[or]**

☐    Junior Lienholder has *not* filed a Proof of Claim related to its claim, but has assigned    to this claim. The Debtor's schedules list the amount of Junior Lienholder's claims as **$.**

4.    Given the above, Junior Lienholder's interest in the Debtor's interest in the Subject

-2-

Property has no value.

THEREFORE, IT IS HEREBY ORDERED THAT, pursuant to Zimmer v. PSB Lending Corp. (In re Zimmer), 313 F. 3d 1220 (9th Cir. 2002), and 11 U.S.C. §§ 506(a) and 506(d), Junior Lienholder's claim is unsecured, and shall be treated as unsecured for all purposes in this case, including the manner in which such claim is treated and paid in Debtor's chapter 13 plan; and

IT IS FURTHER ORDERED THAT, should debtor receive a discharge in this case, Junior Lienholder shall as soon as practicable thereafter take all necessary and appropriate steps to remove its lien of record, and to ensure that Debtor's title to the Subject Property is clear of any cloud on title related to Junior Lienholder's claim. This court hereby reserves jurisdiction with respect to any dispute over the actions necessary to comply with this paragraph; and

IT IS FURTHER ORDERED THAT, should this case be converted to one under another chapter, 11 U.S.C. § 348(f) shall govern the continued validity of this order; and

IT IS FURTHER ORDERED THAT, should this case be dismissed , 11 U.S.C. § 349(b)(1)-(3) shall govern the continuing validity of this order; and

IT IS FURTHER ORDERED THAT nothing in this order shall be deemed to be an allowance or disallowance of any claim of Senior Lienholder or Junior Lienholder, and any party in interest, including the Debtor of the Trustee, may hereafter object to either claim on any ground recognized by the Bankruptcy Code.


DATED this **17TH** day of **MARCH**, **2010**

//

//

-3-

1   //

2   //

3   //

4   //

5   //

6   //

7

8

9   THE LAW OFFICES OF
    RANDOLPH H. GOLDBERG

10

11   By /S/ RANDOLPH GOLDBERG ESQ.
     RANDOLPH H. GOLDBERG, ESQ.

12    4000 S. Eastern
    Suite 200

13    Las Vegas, Nevada 89119

14    Attorney for Debtor

15

16   APPROVED AS TO FORM AND CONTENT

17

18   CHAPTER 13 TRUSTEE

19

20

21   RICK YARNALL, TRUSTEE

22   701 Bridger Avenue #820
   Las Vegas, NV 89101

23

24

25

26

27

28

-4-

1

## LR 9021. ENTRY OF JUDGMENTS AND ORDERS.

2

3   (c) <u>Certification language</u>.

(1) Documents listed in subsection (a) above must be submitted to the court with the following certification

4   from the submitting counsel:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

5

____ The court has waived the requirement of approval under LR 9021.

6   ☒ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a
copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties

7   who appeared at the hearing, and each has approved or disapproved the order, or failed to respond,
as indicated below [list each party and whether the party has approved, disapproved, or failed to

8   respond to the document]:

9            **RICK A. YARNALL**
             701 BRIDGER AVE., #820

10           LAS VEGAS, NV 89101

11

12

____ Approved

13   ____ Disapproved

☒ Failed to respond

14

15

16

17   ____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all
counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and

18   each has approved or disapproved the order, or failed to respond, as indicated below [list each party
and whether the party has approved, disapproved, or failed to respond to the document]:

19   ____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed
written objections.

20
(2) No language other than ""approved"" or ""disapproved"" may appear above opposing counsel''s

21   signature; and

(3) Unless the court orders otherwise, ""opposing counsel"" means any attorney who appeared at the hearing

22   regarding the matter that is the subject of the order or who filed objections.

(4) Variation from the certification language indicated in paragraph (c)(1) may be cause for returning the

23   draft order unsigned by the court.

24

25                                      /S/MAILE HANSEN
                                        an employee of

26                                      THE LAW OFFICES OF
                                        RANDOLPH H. GOLDBERG, ESQ.

27