**Entered on Docket
April 23, 2010**

Electronically Filed on 4-22-10

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

RICK A YARNALL
Chapter 13 Bankruptcy Trustee
Marianne Gatti, Esq.
Nevada Bar No. 007717
701 Bridger Ave., Ste 820
Las Vegas, NV 89101
(702) 853-4500
RAY13mail@lasvegas13.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>EARL FARINAS, and<br>VERONICA FARINAS,<br><br>Debtor(s). | BK-S-09-13601-LBR<br>Chapter 13<br><br>**ORDER DENYING CONFIRMATION**<br><br>Hearing Date: April 1, 2010<br>Hearing Time: 1:30 P.M. |

Confirmation of Debtor's Chapter 13 Plan having come on for hearing in the above-entitled Court on April 1, 2010, at 1:30 p.m., with Marianne Gatti, Esq. appearing on behalf of Rick A. Yarnall, other appearances as noted on record, argument having been heard, and based upon the papers and pleadings on file herein, and good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all Chapter 13 Plans filed to date are hereby DENIED.

///

IT IS SO ORDERED.

Submitted by:

_____  Date: 4/16/10

~~Marianne Gatti, Esq.~~
Attorney for Rick A. Yarnall,
Chapter 13 Bankruptcy Trustee

Approved

_____  Date: _____
Randolph Goldberg, Esq.
Counsel for Debtor(s)

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

_X_ This is a chapter 7 or 13 case, and ~~either with the motion, or at the hearing,~~ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below[list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Randolph Goldberg, Esq.    approved____    disapproved____    failed to respond X

2

###